FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 SEP 28 PM 4:39
CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16-cr-00267-WTM-GRS |
| | ) | |
| JACQUEL SEARLES | ) | |

## ORDER

The above-captioned case is now before the Court on the Government's Motion to Amend/Strike Typographical Error In Indictment. The Government seeks to correct the spelling of Defendant's name pursuant to Rule 7(c)(2) of the Federal Rules of Criminal Procedure.

Upon consideration, the motion is **GRANTED**. The spelling of Defendant's name shall be changed in the record from Jecquel Searles to Jacquel Searles. The Clerk of Court is **DIRECTED** to make the correction in the electronic court filing system.

SO ORDERED this 28TH day of September, 2016.

Magistrate ~~HON. WILLIE T. MOORE, JR.~~
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA